UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LUOMA ENTERPRISES OF DULUTH, INC.,

    Plaintiff,

v.

THE HOME DEPOT, INC.; HOME DEPOT U.S.A., INC.; TRACTOR SUPPLY CO.; ACE HARDWARE CORP.; MENARD, INC.; GULLANDER HARDWARE CO.; UNITED HARDWARE DISTRIBUTING CO.; CVS PHARMACY, INC.; CVS HEALTH CORP.; AMAZON.COM, INC.; and EBAY, INC.,

    Defendants.

Case No. 22-cv-00714 (WMW-LIB)

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Luoma Enterprises of Duluth, Inc. ("Plaintiff") and Defendants, The Home Depot, Inc., Home Depot U.S.A., Inc., Tractor Supply Co., Amazon.com, Inc., Menard, Inc., United Hardware Distributing Co., Gullander Hardware Co., CVS Pharmacy, Inc., CVS Health Corp., and eBay, Inc. (collectively, "Parties") hereby stipulate to a 45-day extension of time for the referenced defendants to answer or otherwise respond to Plaintiff's Complaint.

Plaintiff filed the Complaint on March 18, 2022. (Doc. 1.) On March 24, 2022, Plaintiff sent waiver of the service of summons forms to each defendant, making a response to the Complaint due on or before May 23, 2022. Each defendant in the above-captioned matter executed and returned a waiver form. (Docs. 8-18.)

The Parties are engaged in settlement discussions to explore potential early resolution of this matter and seek additional time to consider their positions. Accordingly, the Parties submit that there is good cause for the Court to grant the requested extension of time for the undersigned defendants to answer or otherwise respond to the Complaint **from May 23, 2022 to July 7, 2022**.

Respectfully submitted,

Dated: May 18, 2022

*/s/ Nicholas S. Kuhlmann*
Jeffer Ali (#0247947)
Nicholas S. Kuhlmann (#33750X)
**PATTERSON THUENTE PEDERSEN, P.A.**
4800 IDS Center
80 S. 8th Street
Minneapolis, MN  55402-2100
Phone: 612-349-3004
Fax:   612-349-9266
ali@ptslaw.com
kuhlmann@ptslaw.com

*Attorneys for Plaintiff Luoma Enterprises of Duluth, Inc.*

Dated: May 18, 2022

*/s/ Michael J. Feigin*
Michael J. Feigin (NJ #2498-2007)
**Feigin & Fridman LLC**
1037 Rt. 46 Easte; Suite 107
Clifton, NJ 07013
Phone: 212-316-0381
Fax: 973-767-1292
michael@patentlawny.com

*Attorneys for Defendants The Home Depot, Inc. and Home Depot U.S.A., Inc.*

Dated: May 18, 2022        */s/ James Geringer*
                                              James E. Geringer (OR # 951783)
                                              **Klarquist Sparkman, LLP**
                                              One World Trade Center
                                              121 SW Salmon Street, Suite 1600
                                              Portland, OR 97204
                                              Phone: (503) 595-5300
                                              James.geringer@klarquist.com

                                              *Counsel for Defendant Amazon.com, Inc.*

Dated: May 18, 2022        */s/ George Moustakas*
                                              George D. Moustakas (MI # P41631)
                                              **Harness IP**
                                              5445 Corporate Drive, Suite 200
                                              Troy, MI 48098
                                              Phone: (248) 641-1261
                                              gdmoustakas@harnessip.com

                                              *Counsel for Defendants Menard, Inc., United Hardware Distributing Co., and Gullander Hardware Co.*

Dated: May 18, 2022        */s/ Jeanne Gills*
                                              Jeanne M. Gills
                                              **Foley & Lardner LLP**
                                              321 North Clark Street, Suite 3000
                                              Chicago, IL 60654-4762
                                              (312) 832-4583
                                              jmgills@foley.com

                                              *Counsel for Defendants CVS Pharmacy and CVS Health Corp.*

Dated: May 18, 2022                 */s/ Rebekah Guyon*
                                    Rebekah S. Guyon (CA # 291037)
                                    **GreenbergTraurig**
                                    1840 Century Park E.
                                    Suite 1900
                                    Los Angeles, CA 90067
                                    (310) 586-7716
                                    guyonr@gtlaw.com

                                    *Counsel for Defendant eBay, Inc.*


Dated: May 18, 2022                 */s/ Ryan Levy*
                                    Ryan Levy (TN #024568)
                                    **Patterson Intellectual Property Law**
                                    Roundabout Plaza
                                    1600 Division St., Ste. 500
                                    Nashville, TN  37203
                                    (615) 242-2400
                                    rdl@iplawgroup.com

                                    *Counsel for Defendant Tractor Supply Co.*